**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**United States of America,**

                                        **Plaintiff,**

         **v.**                                                                            **1:21-CV-395**
                                                                                           **(TJM/CFH)**

**$18,695 in U.S. Currency,**

                                        **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


                                        **ORDER**

**I.      INTRODUCTION**

        Plaintiff United States of America moves for a Default Judgment and Final Order of

Forfeiture in this civil asset forfeiture case. Dkt. No. 11.  In accordance with General Order

#15(I)(C), the government represents that all known potential claimants have been served;

neither a verified claim nor an answer have been filed in the action and the time to file a

claim and answer has expired; and no potential claimant is known to be an infant,

incompetent, or presently engaged in military service. *See* Katz Aff., Dkt. No. 11-1.

Further, on June 22, 2021, the Clerk of the Court entered a Certificate of Default. *See* Dkt.

No. 9.

**II.     CONCLUSION**

        Upon consideration of the United States' Motion for Default Judgment and Final

Order of Forfeiture pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and

                                             1

General Order #15 of this Court, it is hereby

     **ORDERED** that the Motion [Dkt. No. 11] is **GRANTED**; and it is further

     **ORDERED** that Judgment of Default be entered against the defendant property;

and it is further

     **ORDERED** that the defendant property is hereby forfeited to the United States, and

it is further

     **ORDERED** that any claims to the defendant property are hereby forever barred.

**IT IS SO ORDERED.**

Dated: January 26, 2022
      Binghamton, New York

Thomas J. McAvoy
Senior, U.S. District Judge

2