# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**United States of America**

    Plaintiff

vs.                        **CASE NUMBER: 1:21-cv-395 (TJM/CFH)**

**$18,695 in U.S. Currency**

    Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that in the above entitled action, the Court finds in favor of the Plaintiff and Default Judgment against the Defendant in accordance with the ORDER of the Honorable Thomas J. McAvoy, dated January 26, 2022.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 26th day of January, 2022.

DATED: January 27, 2022

*[signature]*
Clerk of Court

                                    s/Kathy Rogers
                                    Deputy Clerk